## No. 790.

### HERMAN MEYER, ADM., vs. JOSEPH KING, ADM.

Courts will interpret written instruments between parties by the light of their acts and surrounding circumstances, and will give effect to their intentions when discoverable from those acts and circumstances, and will not construe an instrument to be of the kind designated in it, if it appears it is really of another kind. For example if it be improperly designated a lease, it will be held to be a sale, if that was the intention of the parties.

The opinion on the first hearing is in 29 La. Ann. 567.

APPEAL from the District Court for Ouachita. PARSONS, J.

*R. W. Richardson* and *Dinkgrave* for Plaintiff Appellant. *Cobb & Gunby* for Defendant.

SPENCER, J., delivered the opinion affirming the judgment.